UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAULA SUTTON,<br><br>    Plaintiff,<br><br>vs.<br><br>SALLY JEWELL, Secretary, Department of the Interior (Bureau of Land Management),<br><br>    Defendants. | 3:13-cv-00630-LRH-WGC<br><br>**ORDER** |

On August 1, 2014, this court entered a minute order regarding the motion to withdraw as counsel (Doc. # 12) filed by attorney Jeffrey Dickerson. The court expressed concern whether the motion to withdraw had been properly served on the affected client Paula Sutton. The court scheduled a telephonic hearing for Friday, August 22, 2014, to discuss Mr. Dickerson's motion to withdraw. (Doc. # 13.)

This date the court received a communication from attorney Robert V. Cohune. It consisted of Mr. Cohune's letter and an attachment, the first page of the Dickerson motion to withdraw signed by Ms. Sutton. The Clerk shall file the letter and its attachment as the next document in order.

The Cohune letter requests a 60 day extension of the case to enable Mr. Cohune to attempt to locate substitute counsel for Ms. Sutton. This request will be addressed at the status conference scheduled for Friday, August 22, 2014, at 10:00 a.m. Mr. Cohune and Ms. Sutton are requested to participate, as is Assistant U.S. Attorney Holly Vance.

The clerk is requested to fax a copy of this order to Mr. Cohune at this office fax number appearing on his letterhead, (530) 579-8044.

IT IS SO ORDERED.

DATED: August 18, 2014.

                                                                                          WILLIAM G. COBB<br>
                                                                                          UNITED STATES MAGISTRATE JUDGE