UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PAULA SUTTON,<br><br>      Plaintiff,<br><br>vs.<br><br>SALLY JEWELL, *Secretary, Department of the Interior (Bureau of Land Management),*<br><br>      Defendant. | 3:13-cv-00630-LRH-WGC<br><br>**MINUTES OF PROCEEDINGS**<br><br>August 22, 2014 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>    REPORTER:        <u>FTR</u>

COUNSEL FOR PLAINTIFF:   <u>Paula Sutton, In Pro Per (Telephonically)</u>

SPECIAL APPEARANCE FOR PLAINTIFF:   <u>Robert Cohune, Esq. (Telephonically)</u>

COUNSEL FOR DEFENDANT:   <u>Holly A. Vance, Esq. (Telephonically)</u>

**MINUTES OF PROCEEDINGS: Telephonic Status Conference**

10:02 a.m.  Court convenes.

Robert Cohune, Esq., who is a licenced attorney in the state of California but is not admitted in the state of Nevada, is appearing for today's hearing as a courtesy to Plaintiff Paula Sutton and the court to address the matter of Ms. Sutton obtaining substitute counsel in place and stead of Jeffrey Dickerson, Esq.

Mr. Cohune explains he is currently in contact with a Nevada licenced attorney who is considering taking over this matter; however, Mr. Cohune has not been able to confirm the substitution as of yet.  Mr. Cohune advises the court that, within the next thirty (30) to sixty (60) days, Ms. Sutton will obtain substitute counsel.

The court expresses its concern regarding the pending Motion to Dismiss (Doc. # 10) filed by Defendants and the delay which will result should the court grant Plaintiff additional time to obtain substitute counsel and additional time to file a response to Defendant's motion to dismiss.

Defendant's counsel Holly Vance, Esq. indicates Defendant is amenable to an extension of time for Plaintiff to obtain replacement counsel and additional time to file a response to Defendant's

MINUTES OF PROCEEDINGS
3:13-cv-00630-LRH-WGC
Date: August 22, 2014
Page 2

motion to dismiss.

In view of the inevitable delay in this matter, the court proposes that Defendant's Motion to Dismiss be denied without prejudice and administratively re-filed by the court on the date substitute counsel files an appearance on behalf of Plaintiff.

Defendant's counsel has no objection to the court's proposal.

The court imposes a deadline of approximately sixty (60) days, or up to and including **Friday, October 17, 2014**, for Plaintiff to obtain replacement counsel.

IT IS ORDERED Defendant's Motion to Dismiss (Doc. # 10) is **DISMISSED without prejudice**. The court will administratively re-file Defendant's motion either on Monday, October 20, 2014, or upon the date substitute counsel files his or her appearance on behalf of Plaintiff. Ms. Vance does not have to take any affirmative action in order for the Defendant's motion to dismiss to be re-filed with the court.

The court schedules a status conference for **Wednesday, October 29, 2014, at 10:00 a.m.** Should substitute counsel appear prior to the deadlines imposed today, the court requests the attorney of record to contact the courtroom administrator, Katie Lynn Ogden (775-686-5758), so the status conference can be rescheduled to an accelerated date and time. Otherwise, should Ms. Sutton not obtain replacement counsel by the date of the status conference, Mr. Cohune and Ms. Sutton are directed to participate by telephone for the status conference  If appropriate, the parties shall contact Ms. Ogden to advise her of the phone number where they may be reached at the time of the hearing.

10:15 a.m.  Court adjourns.

**IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

                                      By:  _____/s/_____
                                            Katie Lynn Ogden, Deputy Clerk