UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAULA SUTTON, | ) | 3:13-cv-00630-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 2, 2014 |
| | ) | |
| SALLY JEWEL, SECRETARY, DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Unopposed Motion to Continue the October 29, 2014 status conference. (Doc. # 17.)  Counsel for Defendant suggests dates where the parties are available to attend a status conference, the first of which is October 30, 2014.[1] Defendant's motion (Doc. # 17) is **GRANTED.**  The Status Conference currently scheduled for October 29, 2014 is continued and **rescheduled to October 30, 2014, at 1:30 p.m.** in Reno, Courtroom 2.  **No further continuances of this status conference will be granted.**

Plaintiff is reminded that the deadline for Plaintiff to obtain replacement counsel is **Friday, October 17, 2014.** (Minutes of Proceedings, 8/22/2014; Doc # 16.)  However, if Plaintiff remains unrepresented at the time and date for the status conference, both Plaintiff and Mr. Cohune shall participate by telephone for the status conference.  If appropriate, the parties shall contact courtroom administrator, Katie Lynn Ogden (775-686-5758), to advise her of the phone number where they may be reached at the time of the hearing. Further, Ms. Sutton, if unrepresented, shall also provide Ms. Ogden her mailing address.

The clerk shall mail a copy of this order to attorney Robert Cohune and Mr. Cohune shall in turn provide a copy to Ms. Sutton.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  _____/s/_____
         Deputy Clerk

---

[1] None of the other suggested dates are amenable to the court.