UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAULA SUTTON, | Case No. 3:13-CV-00630-LRH-WGC |
| Plaintiff, | **ORDER REGARDING** |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| SALLY JEWEL, SECRETARY, DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, | |
| Defendant. | **SECOND REQUEST** |

On August 24, 2015, the District Court Clerk's Office issued a Notice of Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1, if no action is taken in this case by September 23, 2015. (ECF No. 25). The parties hereby stipulate and agree to extend the deadline for Plaintiff Paula Sutton to file her Response to Defendant's Motion to Dismiss. Plaintiff seeks a 30-day extension from September 23, 2015 to October 23, 2015 in which to decide whether she

/ / / / /

/ / / / /

1

will obtain legal counsel to represent her or represent herself in this action.  The parties aver that this stipulation is made in good faith and not for the purpose of delay.

Dated: 9/16/15

PAULA SUTTON

*Paula Sutton*
PAULA SUTTON

DANIEL G. BOGDEN
United States Attorney

*Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney

DATED this 18th day of September, 2015.

IT IS SO ORDERED:

_____
LARRY R. HICKS
United States District Court Judge

2